IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KEYMADI PINKSTON, | ) | |
| | ) | Civil Action No.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHICKEN BOYS, LLC, d/b/a | ) | JURY TRIAL DEMANDED |
| HUEY MAGOOS | ) | |
| | ) | |
| Defendant. | ) | |

_____

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Keymadi Pinkston, by and through undersigned counsel, and files this her Complaint for Damages against Defendant Chicken Boys, LLC d/b/a Huey Magoos ("Chicken Boys"), stating as follows:

### I.   NATURE OF COMPLAINT

1.

Plaintiff brings this action for damages and reasonable attorney fees for Defendant's violation of her rights under the Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et. seq.* ("Title VII").

1

## II.  JURISDICTION AND VENUE

2.

Plaintiff invokes the jurisdiction of this court pursuant to 28 U.S.C. §§ 1331, and 42 U.S.C. § 2000e-5(f).

## III.  PARTIES

3.

Plaintiff is a citizen of the United States of America and is subject to the jurisdiction of this Court.

4.

Defendant is qualified and licensed to do business in Georgia and at all times material hereto has conducted business within this District.  Defendant is subject to specific personal jurisdiction in this Court over the claims asserted herein.

5.

Defendant Chicken Boys, LLC may be served with process by delivering a copy of the summons and complaint to its registered agent, Thomas P. Scarborough, 1510 Cambridge Road, Statesboro, Georgia 30458.

## IV. ADMINISTRATIVE PREREQUISITES

6.

Plaintiff timely filed a charge of discrimination against Defendant with the Equal Employment Opportunity Commission (EEOC) alleging disability

discrimination in violation of Title VII. The EEOC issued a "Notice of Right to Sue" on January 26, 2022, entitling an action to be commenced within ninety (90) days of receipt of that notice. This action has been commenced within ninety (90) days of receipt of the "Notice of Right to Sue".

## IV.   FACTUAL ALLEGATIONS

7.

Plaintiff began working for Defendant on March 1, 2021, as a cook.

8.

Plaintiff is seventeen (17) years old.

9.

Throughout Plaintiff's employment, multiple adult, male employees made repeated sexual advances toward Plaintiff.

10.

On or about July 21, 2021, Lee Anderson, an adult, male employee, made lewd, sexual comments toward Plaintiff, including, "Get that butt," and stating that it was legal in Georgia to have sex with a teenager.

11.

On or around July 23, 2021, Mr. Anderson again made several sexual comments to Plaintiff. Mr. Anderson first asked Plaintiff if she would have sex with him. Then he said, "When are you gonna let me get some butt?" and told Plaintiff

3

that he wanted to grab Plaintiff by her braids and, "hit it from the back." Additionally, he told Plaintiff that she needed a real man to control her in bed.

12.

That same day, Plaintiff complained to managers Tocarro Hall and Anthony James about the harassment she was experiencing from Mr. Anderson.

13.

Plaintiff specifically told her managers about the various sexual comments and sexual advances Mr. Anderson had made toward her.

14.

The managers instructed Plaintiff to go home for the night, and Plaintiff was removed from the work schedule.

15.

On July 28, 2021, Plaintiff met with Cheryl Foston, General Manager, and again complained about the sexual comments and advances Mr. Anderson frequently made toward her.

16.

On August 9, 2021, Ms. Foston terminated Plaintiff's employment.

17.

Any reason provided for terminating Plaintiff's employment is pretext for unlawful retaliation against Plaintiff because of her protected activity.

18.

Defendant retaliated against Plaintiff in violation of Title VII of the Civil Rights Act of 1964.

19.

Plaintiff has suffered lost wages and emotional distress as a direct result of Defendant's unlawful actions.

## V. CLAIMS FOR RELIEF

### COUNT I: RETALIATION VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

20.

Plaintiff re-alleges paragraphs 6-19 as if set forth fully herein.

21.

Plaintiff's complaints and opposition to gender discrimination/sexual harassment constitute protected activity under Title VII.

22.

Defendant subjected Plaintiff to adverse action by terminating Plaintiff because of her protected conduct. The adverse action to which Plaintiff was subjected would dissuade a reasonable employee from making or supporting a charge of discrimination.

23.

There was a causal connection between the protected conduct and the adverse actions against Plaintiff.

24.

As a direct and proximate result of Defendant's violations, Plaintiff has suffered economic and non-pecuniary damages.

25.

Defendant willfully and wantonly disregarded Plaintiff's rights, and its actions toward Plaintiff were undertaken in bad faith.

26.

Plaintiff is entitled to punitive damages, lost wages and benefits, compensatory damages, attorneys' fees and costs, prejudgment interest, reinstatement or front pay in lieu thereof, and any other relief available under the law.

**WHEREFORE**, Plaintiff prays the court for judgment and relief as follows:

(a)     That judgment be entered against Defendant on all claims;

(b)     That general damages be awarded for mental and emotional suffering;

(c) Punitive damages based on Defendant's willful, malicious, intentional, and deliberate acts, including ratification, condonation and approval of said acts;

(d) Lost wages and other economic damages;

(e) Reasonable attorney's fees and expenses of litigation;

(f) Trial by jury as to all issues;

(g) Prejudgment interest at the rate allowed by law;

(h) Declaratory relief to the effect that Defendant has violated Plaintiff's statutory rights;

(i) Injunctive relief prohibiting Defendant from further unlawful conduct of the type described herein; and

(j) All other relief to which she may be entitled.

Respectfully submitted the 7th day of February, 2022.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

PO BOX 530092,
Atlanta, GA 30343-0092
(404) 214-0120
(404) 214-0125 Facsimile
severin@justiceatwork.com